■ THE PEOPLE OF THE STATE OF NEW YORK, *Respondent*, v ROBERT P. MORAN, *Appellant*. [855 NYS2d 409]—Appeal from a judgment of the Oneida County Court (Michael E. Daley, J.), rendered December 1, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.